IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 00-cr-00129-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LESTER R. SHADWICK,

        Defendant

and

AMERISTAFF,

        Garnishee.

---

ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, it is hereby ORDERED that the Motion To Dismiss Writ Of Garnishment, filed on May 30, 2008, is GRANTED.

The Writ of Garnishment heretofore directed to Ameristaff, is hereby dismissed.

ORDERED and entered this __2nd__ day of __June__, 2008.

        BY THE COURT:

        __s/Lewis T. Babcock__
        UNITED STATES DISTRICT JUDGE